

# MIFFLIN COUNTY SCHOOL DISTRICT
201 Eighth Street - Highland Park
Lewistown, Pennsylvania 17044

TELEPHONE (717) 248-0148

FAX (717) 248-5345

James A. Estep, Superintendent
Vance S. Varner, Chief Operations Officer    Kevin J. O'Donnell, Jr. Chief Academic Officer
Melinda K. Kenepp, Chief Financial Officer

October 1, 2020

Dear Parents/Guardians:

This information is going to be shared with students and staff today.

Starting Monday October 5, 2020, no masks, articles of clothing or other items may be worn or otherwise brought on to Mifflin County School District property, which contain political speech or symbolize a particular political viewpoint, including but not limited to confederate flags and swastikas, as well as BLM logos or phrases associated with that movement.

This action is being taken due to complaints that have been received about such items and how those items have disrupted the education of students within the Mifflin County School District.

Thanks for your attention on this matter.

MCSD Administration